HELEN B. BEAN, as Administratrix of the Estate of HAROLD J. BEAN, Deceased, Respondent, *v.* JAMES D. KEAHON, INC., Defendant, and the TOWN OF ORANGETOWN et al., Appellants.

(Argued October 24, 1933; decided November 21, 1933.)

*Irving G. Kennedy* for Town of Orangetown, appellant.
*Bernard G. Barton* for Harry L. Phillips, appellant.
*Alton W. Teale* and *Morton Lexow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and HUBBS, JJ.